**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| BINH VAN TRAN, | ) | |
| | ) | Case No. 1:25-cv-12546-ADB |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PATRICIA HYDE, Acting Director of the | ) | |
| Boston Field Office, U.S. Immigration and | ) | |
| Customs Enforcement; | ) | |
| TODD LYONS, Acting Director of the | ) | |
| U.S. Immigration and Customs Enforcement | ) | |
| MICHAEL KROL, HSI New England Special | ) | |
| Agent in Charge; and | ) | |
| KRISTI NOEM, Secretary of the | ) | |
| U.S. Department of Homeland Security; | ) | |
| in their official capacities, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

## PETITIONER'S MOTION TO OBSERVE AND/OR PARTICIPATE IN THE IN-PERSON HEARING SCHEDULED FOR DECEMBER 11, 2025 VIA VIDEO CONFERENCE

Petitioner Binh Van Tran ("Mr. Tran"), by and through his attorneys, requests permission from the Court to appear by video conference so that he may observe and/or participate in the in-person hearing regarding his Petition for Writ of Habeas Corpus on Thursday, December 11, 2025 at 10 AM. Mr. Tran is currently detained in Immigration and Customs Enforcement ("ICE")'s Buffalo Federal Detention Facility in Batavia, New York and has had limited access to his counsel for multiple weeks. In support of this motion, Petitioner states as follows:

1. On December 4, 2025, Mr. Tran, by and through his attorneys, filed an Emergency Motion for Reconsideration and Request for Emergency Hearing. Doc. No. 26. Given the ongoing delays and barriers that Mr. Tran has faced in accessing counsel, including having three

out of four video teleconference appointments canceled without advance notice to him, Mr. Tran requested that the Court order his transfer back to Massachusetts for detention pending the outcome of his petition so that he may have reliable access to attorneys and loved ones in preparation for his case. Doc. No. 26; *see also* Doc. No. 26-1 ("Ho Declaration").

2.  On the same day, the Court scheduled an emergency hearing for December 11, 2025, at 10:00 A.M., without ordering that Mr. Tran be transferred to this jurisdiction pending that hearing. Doc. No. 27.

3.  Since the Court scheduled the emergency hearing, Mr. Tran has not been able to effectively prepare for his hearing with his attorneys. Mr. Tran was only able to speak to his attorney once when he used funds from his personal commissary to call his attorney through a regular, non-confidential phone line for no longer than five minutes. Mr. Tran's video conference appointment with his attorney, scheduled for Monday, December 8, 2025, was canceled without advance notice. A video conference appointment was then also canceled for today, December 10, 2025. See Appendix A.

4.  Mr. Tran's attorneys will appear in person on the scheduled hearing date. However, Mr. Tran, the subject of this habeas petition, requests that he be present to participate, or at least to observe.

5.  Mr. Tran should be allowed to participate in and/or observe his hearing via video conference because the instant matter involves Mr. Tran's liberty interests and allowing him to be present at his own hearing will provide him with some opportunity to understand his own case, consistent with due process. *See generally* U.S. Const. Amendment V. His

due process rights have been consistently denied, to date, by preventing him from meeting with counsel, as stated above.

6. Mr. Tran's due process rights to observe his hearing via video conference outweighs the minimal burden on the government to facilitate Mr. Tran's availability. *See generally Mathews v. Eldridge*, 424 U.S. 319 (1976).

7. The Court has the ability to allow individuals to participate in hearings through ZoomGov. *See generally* U.S. District Court for District of Massachusetts Virtual Trial Handbook for Attorneys (rev. Jan 5, 2021), https://www.mad.uscourts.gov/attorneys/pdf/VirtualTrialHandbookforAttorneys.pdf.

Wherefore, Mr. Tran respectfully requests:

1. That Mr. Tran be permitted to observe and/or participate in his in-person hearing via video conference on Thursday, December 11, 2025 at 10:00 AM;

2. That Respondents be ordered to make Mr. Tran available to observe and/or participate in his hearing; and

3. That this Court grant such other relief this Court deems just, equitable, and proper.

Respectfully submitted,

BINH VAN TRAN,
Petitioner

Dated: December 10, 2025

By his attorneys,

*/s/ Thao Phuong Ho*
Thao Phuong Ho, BBO# 716163

Janet H. Vo, BBO# 694402
Gary Klein, BBO# 560769
Greater Boston Legal Services
197 Friend St.
Boston, MA 02114
(617) 603-1626
THo@gbls.org

## LOCAL RULE 7.1 CERTIFICATION

I, Thao Phuong Ho, hereby certify that, pursuant to L.R. 7.1(a)(2), I conferred with Respondents' counsel by telephone to inform him of the filing of this Motion to Appear Via Video Conference. As of 10 A.M. this morning, Respondents' Counsel was unable to provide a position on this motion, based on a need for instructions from his client.

Dated: December 10, 2025

*/s/ Thao Phuong Ho*
Thao Phuong Ho

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants via first class mail.

*/s/ Thao Phuong Ho*
Thao Phuong Ho

Dated: December 10, 2025

EXHIBIT 1

---

**From:** Service Desk, ICE <ice.servicedesk@ice.dhs.gov>
**Sent:** Wednesday, December 10, 2025 7:43 AM
**To:** Vo, Janet <JVo@gbls.org>
**Subject:** DFAS Appointment Cancellation: BINH TRAN - Visiting Rep: Janet Hong Vo



The following Detention Facility Appointment Scheduler (DFAS) appointment has been cancelled. Click here to view the appointment if you have an account with ERO eFile or DFAS.

For additional questions or information, please visit the ICE detention facility website.

**Cancellation Reason**
Safety and security of the facility, due to classification

**Appointment Information**

Confirmation Number: DFAS0044610
Person Visiting Client: Janet Hong Vo
Type of Appointment: Standard Remote
Appointment Start (Local Time): 2025-12-10 11:00:00
Appointment End (Local Time): 2025-12-10 11:30:00
Appointment Location: BUFFALO SERVICE PROCESSING CENTER

**Virtual Meeting Info**
Info: Microsoft Teams Meeting Meeting ID: 272 968 093 798 59 Passcode: B8ok6Wp3

**Note: This is an automated email and responses are not monitored.**

WARNING: This e-mail/meeting (and any associated files and/or attachments) is FOR OFFICIAL USE ONLY. The e-mail/meeting may involve information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). Documents or information derived from this meeting is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to SENSITIVE BUT UNCLASSIFIED information and is not to be released to the public or other personnel who do not have a valid need to know without prior approval from the originator. Sharing details of this e-mail/meeting with email addresses external to government controlled domains, is strictly prohibited.

Ref:MSG66255096